Amir Shlesinger (SBN 204132)
Farah Tabibkhoei (SBN 266312)
Sarah B. Johansen (SBN 313023)
REED SMITH LLP
355 South Grand Ave., Suite 2800
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
UnitedHealthcare Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Namdy Consulting, Inc.,<br><br>        Plaintiff,<br><br>   vs.<br><br>UnitedHealthcare Insurance Company and DOES 1-20.<br><br>        Defendants. | Case No.: 2:18-cv-01283 RSWL (KS)<br><br>[Removal from the Superior Court of California, Los Angeles, Case No. BC685507]<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 8-3**<br><br>Compl. Served:   December 26, 2017<br>Current Resp. Date:   February 23, 2018<br>New Response Date:   March 26, 2018<br><br>Compl. Filed:   November 30, 2017 |

## **STIPULATION**

Plaintiff Namdy Consulting, Inc. and Defendant UnitedHealthcare Insurance Company, by and through their respective attorneys of record, stipulate and agree as follows:

Plaintiff filed its complaint on November 30, 2017 and served Defendant on December 26, 2017;

Defendant filed a Notice of Removal on February 16, 2018 [Doc. 1];

1  Defendant's deadline to respond to the Complaint is February 23, 2018;

2  Plaintiff and Defendant agree, pursuant to Local Rule 8-3, to extend

3  Defendant's deadline to respond to the Complaint by not more than 30 days until

4  Monday, March 26, 2018[1];

5  **IT IS HEREBY STIPULATED THAT:**

6  Defendant's deadline to respond to Plaintiff's Complaint shall be extended until

7  March 26, 2018.

9  DATED: February 16, 2018      NESBIT LAW GROUP

11  By _____
         Alan Nesbit
12       Attorney for Plaintiff
         Namdy Consulting, Inc.

14  DATED: February 16, 2018      REED SMITH LLP

16  By */s/ Farah Tabibkhoei*
         Amir Shlesinger
17       Farah Tabibkhoei
         Sarah Johansen
18       Attorneys for Defendant
         UnitedHealthcare Insurance Company

---

[1] The 30th day falls on Sunday, March 25, 2018. Pursuant to Fed. R. Civ. Proc. 6(a)(1), the response is due on Monday, March, 26, 2018.